IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | | |
|---|---|---|
| IN RE: RADIOSHACK CORP. | § | |
| "ERISA" LITIGATION | § | ACTION NO. 4:08-MD-1875-Y |
| | § | |

**ORDER TO FILE AGREED MOTION TO DISMISS**

The Court was notified by Ronald S. Kravitz, counsel for Plaintiffs, in a telephone conference with the Court's judicial assistant, that the parties have settled all matters in controversy. Accordingly, it is, **ORDERED** that the agreed motion to dismiss or stipulation due to settlement along with a motion for approval of settlement shall be **electronically** filed **no later than November 30, 2009.**

SIGNED November 4, 2009.

_____
TERRY R. MEANS
UNITED STATES DISTRICT JUDGE