IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | | |
|---|---|---|
| IN RE: RADIOSHACK | § | |
| "ERISA" LITICATION | § | ACTION NO. 4:08-MD-1875-Y |
| | § | |
| | § | |

## ORDER EXTENDING DEADLINE

By Order dated November 4, 2009 (Docket Number 59) the Court established November 30, 2009 as the deadline for filing dismissal papers in the above referenced cause. The parties have requested and the Court agrees that the deadline will be extended to January 4, 2010. It is therefore

ORDERED that the dismissal papers be filed by January 4, 2010.

_____
TERRY R. MEANS
UNITED STATES DISTRICT JUDGE