IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | |
|---|---|
| IN RE RADIOSHACK CORP. "ERISA" LITIGATION<br><br>MDL Docket No. 1875 | CASE NO. 4-08-MD-1875-Y |

## MOTION FOR FINAL APPROVAL OF CLASS ACTION SETTLEMENT AND CERTIFICATION OF CLASS SETTLEMENT

TO THE HONORABLE UNITED STATES DISTRICT JUDGE MEANS:

Plaintiffs, by their undersigned Class Counsel, hereby move this Court pursuant to Federal Rule of Civil Procedure 23(e) for an Order granting final judicial approval of the class action settlement in this action on the terms set forth in the Stipulation of Settlement filed on September 30, 2010 (Docket No. 81). The grounds for this motion are set forth in the Declaration of Ronald S. Kravitz and the Memorandum of Law which are being filed contemporaneously herewith. A proposed order granting the relief requested by this motion has already been filed with the Court as Exhibit C to the Stipulation Settlement ("Order and Final Judgment") which was Exhibit 11 to the Declaration of Ronald S. Kravitz in Support of Motion for Preliminary Approval.

Dated: January 28, 2011

Respectfully Submitted,

/s/Ronald S. Kravitz
Ronald S. Kravitz
Liner Grode Stein Yankelevitz Sunshine
Regenstreif & Taylor LLP
199 Fremont Street, 20th Floor
San Francisco, CA 94105-2255
Tel: 415-489-7700
Fax: 415-489-7701


/s/ Thomas J. McKenna
Thomas J. McKenna
Gainey & McKenna LLP
295 Madison Ave, 4th Floor
New York, NY 10017
Tel: 212-983-1300
Fax: 212-983-0383


/s/ Lee Squitieri
Lee Squitieri
Squitieri & Fearon LLP
32 East 57th Street, 12th Floor
New York, NY 10022
Tel: 212-421-6492
Fax: 212-421-6553

93014.001/52449

## CERTIFICATE OF SERVICE

I certify that the foregoing Plaintiffs' Motion for Final Approval of Class Action Settlement has been filed and served on counsel through the court's ECF system on January ____, 2011.

/s/ Ronald S. Kravitz

_____
Ronald S. Kravitz